**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DIANE JOHNSON | CIVIL ACTION NO. 22-CV-1423 |
| VERSUS | JUDGE DONALD E. WALTER |
| ROSEVIEW NURSING & REHABILITATION CENTER LLC, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to remand (Record Document 7) be **GRANTED**, and Plaintiff's claims are remanded to the First Judicial District Court, Parish of Caddo, State of Louisiana.

THUS DONE in Chambers on this 16th day of September, 2022.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE